FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE UNITED STATES DISTRICT COURT 2013 JAN -7 PM 2:05
FOR THE DISTRICT OF NEBRASKA

# PRO SE CIVIL COMPLAINT

Case No. 4:13cv3002
(the court will assign a number)

I. **CASE CAPTION:** Parties to this Civil Action:

Pursuant to Fed. R. Civ. P. 10(a), the names of **all** parties must appear in the case caption. The court will **not** consider a claim against any defendant who is not listed in the caption.

A. Plaintiff(s) Name(s):   Address(es):   Telephone No. (only if you are **NOT** a prisoner)

Justin D Beall   2607 Piccadilly Ct   402 202 3778
AKA Jason Lee Chapman   Lincoln, NE 68512
AKA Jason Lea Roberts

B. Defendant(s) Name(s):   Address(es) If known:

Toby Ridge Popcorn   5601 S 49th
Korn and More Inc   Lincoln, NE 68516

(Attach extra sheets if necessary.)

## II. STATEMENT OF CLAIM(S)

State briefly the facts of your claim. Describe how each defendant is involved. You do not need to give legal arguments or cite cases or statutes. Use as much space as you need to state the facts. (Attach extra sheets if necessary.)

A. **When** did the events occur?

December 2012   after after Lunch

B. **What** happened?

48-1120.01 ⓐ More than 2 weeks notice was given To Don the owner and operator of Korn and more Inc. That I had and have court dates. I provied this Information before and during the Hiring process (FYI The civil sheet is my way of showing my documented disabilty) In December I had a ~~court date~~ been ordered to appear in court Room 38. when I left I went back to work. He would not say your fired. I kept asking am I fired. He would not ansewer. Instead brought all his other emploees into it.

## II. STATEMENT OF CLAIM(S) (continued)

and prove hes discrimakating everybody is segergated from males to females and by age. In my Interview I ~~seprated~~ explained my count dates and my disability and now I have been discrimaked because of it.

## III. STATEMENT OF JURISDICTION

Check any of the following that apply to this case (you may check more than one):

__X__ United States or a federal official or agency is a party

__X__ Claim arises under the Constitution, laws or treaties of the United States

__X__ Violation of civil rights

__X__ Employment discrimination

_____ Diversity of Citizenship (a matter between citizens of different states in which the amount in controversy exceeds $75,000)

__X__ Other basis for jurisdiction in federal court (explain below)

no accountibiity

## IV. STATEMENT OF VENUE

State briefly the connection between this case and Nebraska. For example, does a party reside or do business in Nebraska? Is a party incorporated in Nebraska? Did an injury occur in Nebraska? Did the claim arise in Nebraska?

Korn and More Inc is Inkorporated in Neb

V.  **RELIEF**

State briefly what you want the court to do for you.

if the postion is still availbile (which it is) are file a deflamaion of Choricter.

VI.  **EXHAUSTION OF ADMINISTRATIVE PROCEDURES**

Some claims, but not all, require exhaustion of administrative procedures. Answer the questions below to the best of your ability.

A.  Have the claims which you make in this civil action been presented through any type of administrative procedure within any state or federal government agency?

    Yes _____   No __X__

B.  If you answered yes, state the date your claims were so presented, how they were presented, and the result of that procedure:

C.  If you answered no, give the reasons, if applicable, why the claims made in this action have not been presented through administrative procedures:

Civil cover Sheet

VII. ARE YOU REQUESTING TRIAL BY A JURY OR BY A JUDGE? (check one):

JURY __X__        JUDGE __X__

VIII. VERIFICATION

I (we) declare under penalty of perjury that the foregoing is true and correct.

Date(s) Executed:        Signature(s) of Plaintiff(s):

01/07/13                 [signature]

Note:

IF YOU CANNOT AFFORD TO PAY THE COURT'S FILING FEE UPON THE FILING OF YOUR COMPLAINT, THERE IS A SEPARATE FORM TO BE USED FOR APPLYING TO PROCEED IN FORMA PAUPERIS. Also, if there is more than one plaintiff in the case who wishes to proceed in forma pauperis, **each such plaintiff must submit a separate application to proceed in forma pauperis.**