IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUSTIN D. BEALL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:13CV3002 |
| | ) | |
| v. | ) | |
| | ) | |
| KORN AND MORE, INC., | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

Plaintiff, a non-prisoner, filed a motion for leave to proceed in forma pauperis (Filing No. 2). Upon review of plaintiff's motion, the Court finds that plaintiff is financially eligible to proceed in forma pauperis. Accordingly,

IT IS ORDERED that leave to proceed in forma pauperis is provisionally granted, and the complaint shall be filed without payment of fees.

DATED this 20th day of February, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.