IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUSTSIN D. BEALL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:13CV3002 |
| | ) | |
| v. | ) | |
| | ) | |
| KORN AND MORE, INC., | ) | MEMORANDUM OPINION |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on its own motion.  On May 2, 2013, the Court entered a Memorandum and Order directing plaintiff to file an amended complaint no later than May 31, 2013 (Filing No. 6).  The Court warned plaintiff that failure to file an amended complaint by the deadline would result in the dismissal of this matter without further notice.  To date, plaintiff has not filed an amended complaint.

Plaintiff has failed to prosecute this matter diligently and failed to comply with this Court's orders.  A separate judgment will be entered in accordance with this memorandum opinion.

DATED this 28th day of June, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

_____

* This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.