IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUSTSIN D. BEALL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:13CV3002 |
| | ) | |
| v. | ) | |
| | ) | |
| KORN AND MORE, INC., | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that plaintiff's complaint is dismissed without prejudice.

DATED this 28th day of June, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court